COMMONWEALTH of Pennsylvania

v.

Karl LONG

Petition of Tribune–Review
Publishing Company.

Supreme Court of Pennsylvania.

Sept. 21, 2005.

***ORDER***

PER CURIAM:

**AND NOW,** this 21st day of September 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following question:

Whether the First Amendment to the United States Constitution, Article I, Section 11 of the Pennsylvania Constitution, and/or the common law provide a right of access to the names and addresses of impaneled jurors in a criminal case?

COMMONWEALTH of Pennsylvania,
Respondent

v.

Marcus ELLISON, Petitioner.

Supreme Court of Pennsylvania.

Sept. 30, 2005.

***ORDER***

PER CURIAM:

**AND NOW,** this $30_{TH}$ day of September, 2005, the petition for allowance of appeal is hereby granted, limited to the following issue:

Did not the trial court err by failing to ensure Petitioner was tried by an impartial jury where it conducted only a cursory in-court voir dire and in some instances asked no questions addressing the qualifications of the jurors or the jurors' competence, fairness, impartiality and lack of prejudice, instead relying on claims of impartiality made in the juror questionnaire, thereby precluding the court from scrutinizing the credibility and reliability of prospective jurors.